H. A. Boord, Appellant, vs. Mary A. M. Cummins and David W. Cummins, her Husband, Thomas E. Wilson, Mary E. Cummins, Keturah L. Cummins, Josinie L. Pittman, and J. H. Pittman, her Husband, Appellees.

Appeal from Circuit Court Orange county.

*L. D. Browne*, for Appellant.

No appearance for appellees.

The bill in this case was filed by the appellant against the appellees and a cross-bill by the appellees against the appellant. There was decree dismissing the bill and cross-bill and the complainant H. A. Boord appeals.

Appeal dismissed on præcipe of counsel for appellant.

♦

James W. Brady and Kate M. Brady, Appellants, vs. Hartwell C. Howard, Appellee.

Appeal from Circuit Court Polk county.

*Eppes Tucker* and *J. W. Brady*, for Appellants.

*Jefferson Varn*, for Appellee.

The bill in this case was filed by the appellee against the appellants. There was decree for the complainant and the defendants appeal.

Appeal dismissed on motion of counsel for appellee (appearing specially) because no citation has been served.